# UNITED STATES DISTRICT COURT
# CRIMINAL MINUTES

Case No. **3:23cr77-MCR**    Date: **Sep 27**, 2023

Defendant **Shawn McRay**    Time: **Start: 1:30pm   End: 1:36pm**

DOCKET ENTRY:    INITIAL APPEARANCE ON AN **INDICTMENT** and **ARRAIGNMENT** (N.D. Fla. case)

PRESENT:

| | |
|---|---|
| Honorable Zachary C. Bolitho | Magistrate Judge |
| ~~Sylvia Williams~~/Keri Igney | Deputy Clerk |
| (circle one or identify other _____) | |
| **PNS Recorder**/D. Boland/J. Wycoff | Court Reporter |
| (circle one or identify other _____) | |
| Jeff Tharp | Asst. U. S. Attorney |
| Lauren Cobb | Defense Attorney |
| Ben Pearce | U.S. Probation Officer |
| N/A | Interpreter (if applicable) |

Defendant is in Custody ✓  or is not in Custody _____

FILED IN OPEN COURT THIS

9-27-23  JW

CLERK, U.S. DISTRICT COURT, NORTH DIST. FLA.

PROCEEDINGS: **[Consent to Video, if applicable]**

1. Advised that he/she is before a U.S. Magistrate Judge ✓

2. Advised of the charge or charges contained in indictment ✓

   If sealed, Government's oral motion to unseal granted ✓

3. Advised that he/she does not have to make any statement; that defendant has a right to consult with an attorney before making any statement; that any statement made could be used against defendant ✓

4. Advised of right to hire counsel, or have counsel appointed if found to be financially unable to hire counsel ✓

5. Defendant executed CJA 23 ✓

6. Defendant declined to complete CJA Form 23, and was advised that should he later change his mind, he should advise court _____

7. (a) Federal public defender appointed after determination defendant unable to hire counsel (CJA 20) ✓

   (b) Federal public defender appointed under the provisions of 18 U.S.C. § 3006A(f), because defendant appears to have some funds available for payment (Order to follow) _____

   (c) Defendant admitted financial ability to employ counsel _____

   Counsel _____

       (i)  Notice of appearance filed?   Yes ____ No ____
       (ii) If no, Defendant to return to court on:
   _____ at 11:00/2:00 (central)

   to report to the court regarding retention of private counsel _____

8.  No right to a preliminary hearing because indictment returned ✓

9.  Government ✓ is seeking detention or ___ is not seeking detention ✓
    (if not, conditions of release set (order to follow)) ___

10. Detention hearing scheduled _____ ___
    (a) Defendant advised of right to hearing within 3 business days ___

11. Defendant waived the detention hearing & reserved the right to
    re-open the hearing at a later date ✓

12. Defendant currently under order of incarceration negating necessity
    of consideration of detention on this charge(s) at this time ___

13. [If non-citizen] Defendant advised that he/she could request that
    an attorney for the government or a federal LEO to notify a
    consular officer from the defendant's country of nationality that
    he/she has been arrested. ___

    (a) Defendant declined notification ___
    (b) Defendant requested notification, and Government directed
        to ensure notification ___

14. As required by Rule 5(f), the United States is ordered to produce all
    exculpatory evidence to the defendant pursuant to *Brady v. Maryland*
    and its progeny. Not doing so in a timely manner may result in sanctions,
    including exclusion of evidence, adverse jury instructions, dismissal of
    charges, and contempt proceedings. ✓

CLERK'S NOTES:

Jury trial scheduled for November 6, 2023