## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.    3:23cr77-MCR

SHAUN E MCBAY

_____/

### ORDER

The above-named Defendant appeared before the court and was examined by the undersigned.    The court determined from the Defendant's sworn testimony that the Defendant qualifies for the appointment of counsel pursuant to the provisions of the Criminal Justice Act (CJA).    It is therefore **ORDERED**:

The **FEDERAL PUBLIC DEFENDER**, Blount Building, Suite 200, 3 West Garden Street, Pensacola, Florida 32502, telephone number (850) 432-1418, is appointed to represent the above-identified Defendant and serve as counsel of record in the above-styled cause.   If a CJA panel attorney is selected by the Public Defender as the Defendant's attorney, this order authorizes payment to the CJA attorney for work on the Defendant's behalf from the time that attorney was contacted by the Public Defender to take the case and agreed to take the case, even though that work may have predated this order.    The pretrial service officer is

hereby authorized to provide a copy of the Defendant's criminal history to counsel for both parties if so requested.

**DONE AND ORDERED** this 27th day of September 2023.

/s/ *Zachary C. Bolitho*

**ZACHARY C. BOLITHO**
**UNITED STATES MAGISTRATE JUDGE**