# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 3:23-cr-00077-MCR

SHAUN E MCBAY

## WARRANT FOR ARREST

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **SHAUN E MCBAY**
                                                                              Name

and bring him forthwith to the nearest magistrate to answer a

### Indictment

charging him or her with:

Count 1: POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE, AND 500 GRAMS OR MORE OF MIXTURE AND SUBSTANCE CONTAINING METHAMPHETAMINE

Count 2: POSSESSION OF A FIREARM AND AMMUNITION BY A CONVICTED FELON

in violation of Title 21 United States Code 841(a)(1) and 841(b)(1)(A)(viii), and Title 18 United States Code, Section 922(g)(1) and 924(a)(8)

Jessica J. Lyublanovits
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

*Barbara Rogers* (signature)
Deputy Clerk: Barbara Rogers

September 21, 2023   PENSACOLA
Date                            Location

Bail fixed at     $ Bail Reform Act
And/or in accordance with Comprehensive
Crime Control Act of 1984

by   Zachary C. Bolitho
        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at:   florida

| DATE RECEIVED 9.27.23 | NAME AND TITLE OF ARRESTING OFFICER  FO. BERTRAM | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 9.27.23 | | |

AO 442 (Rev. 10/16) Warrant for Arrest

FILED USDC FLND PN
SEP 27 '23 PM 1:37