IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**
    **Plaintiff**

v.                                                                       Case No.  3:23-MJ-77

**SHAUN MCBAY,**
    **Defendant.**

## NOTICE OF APPEARANCE

COMES NOW Maria Dykes, pursuant to this Court's CJA Panel appointment and serves this Notice of Appearance on behalf of the defendant named in the above-referenced action, and requests that any and all pleadings henceforth be served upon her as Attorney for Defendant.

I HEREBY CERTIFY that a true copy hereof was furnished to Jason Coody, United States Attorney, and J.Ryan Love, AUSA, via CM/ECF, this 3rd day of October, 2023.

                                         **MARIA DYKES, P.A.**

                                         <u>s/ Maria Dykes</u>
                                         **Maria Dykes,**
                                         **Attorney for the Defendant**
                                         1041 Jenks Avenue
                                         Panama City, FL 32401
                                         Ph:  (850) 785-4001
                                         Fax: (850) 785-4002
                                         Fla. Bar #:  63657