IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**
    **Plaintiff**

v.                                                         Case No.  3:23-CR-77

**SHAUN MCBAY,**
    **Defendant.**

## DEFENDANT'S MOTION TO CONTINUE

COMES NOW, Shaun McBay, by and through the undersigned attorney, Maria Dykes, and hereby moves to continue the trial set for November 6, 2023, in this cause, and as grounds, would state the following:

1. The undersigned received discovery and needs additional time to review said discovery with Defendant, Shaun McBay.

2. Defendant requests a 60- day continuance.

3. The undersigned has consulted with opposing counsel, Ryan Love, prior to the filing of this motion; he has no objection to the granting of this motion.

I HEREBY CERTIFY that a true copy hereof was furnished to United States Attorney, Jason Coody, and Ryan Love, AUSA, via CM/ECF, this 19th day of October, 2023.

                                                **MARIA DYKES, P.A.**
                                                <u>s/ Maria Dykes</u>
                                                **Maria Dykes,**
                                                **Attorney for the Defendant**
                                                1041 Jenks Avenue
                                                Panama City, FL 32401
                                                Ph:  (850) 785-4001
                                                Fla. Bar #:  63657