# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v().

SHAUN MCBAY,

    Defendant.

CASE NO. 3:23-cr-77-MCR

## ORDER

Pending before the Court is the Defendant's Motion to Continue the jury trial in this matter, ECF No. 22, which is currently scheduled for Monday, November 6, 2023. The Defendant requests additional time to prepare for trial. The Government does not oppose the motion. On consideration, the Court finds that a continuance will serve the ends of justice and that a failure to grant the requested continuance would deny the Defendant a reasonable amount of time to effectively consult with his attorney, review extensive discovery, and prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds that a reasonable delay of trial from November 6, 2023 to January 2, 2024, is appropriate for reasons set out in the motion. The ends of justice that will be served by granting this continuance outweigh the interest of the public and the Defendant in a more speedy trial.

Accordingly, the Defendant's Motion to Continue, ECF No. 22, is **GRANTED**.  The Clerk is directed to re-notice the trial for Monday, January 2, 2024.

**DONE AND ORDERED** this 20th day of October 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**