# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                  CASE NO.   3:23-cr-00077-MCR

SHAUN E MCBAY

## AMENDED NOTICE OF HEARING

TAKE NOTICE that the proceeding in the case has been reset for the place, date and time set forth below:

**Place:** United States Courthouse
One North Palafox Street
Pensacola, Florida 32502

**Room No:** Courtroom 5

**Date:** January 2, 2024     **Previous Date:** November 6, 2023

**Time:** 8:00 AM CST     **Previous Time:** 8:00 AM CST

**Proceeding:** Attorney Conference/Jury Selection/Jury Trial before the Honorable M. Casey Rodgers

*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

October 20, 2023                 /s/ *Barbara Rogers*
DATE:                                   Deputy Clerk:

Copies to:
Honorable M. Casey Rodgers
Counsel of Record
U.S. Marshal
U.S. Probation