IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
    Plaintiff

v.                                                 Case No.  3:23-CR-77

SHAUN MCBAY,
    Defendant.

## DEFENDANT'S SECOND MOTION TO CONTINUE

COMES NOW, Shaun McBay, by and through the undersigned attorney, Maria Dykes, and hereby moves to continue the trial set for January 2, 2024, in this cause, and as grounds, would state the following:

1. The undersigned received additional discovery and needs time to review said discovery with Defendant, Shaun McBay.

2. Defendant requests a continuance to February, 2024.

3. The undersigned consulted with opposing counsel, Ryan Love, prior to the filing of this motion; he has no objection to the granting of this motion.

I HEREBY CERTIFY that a true copy hereof was furnished to United States Attorney, Jason Coody, and Ryan Love, AUSA, via CM/ECF, this 15th day of December, 2023.

                                                 **MARIA DYKES, P.A.**
                                                s/ Maria Dykes
                                                **Maria Dykes,**
                                                **Attorney for the Defendant**
                                                1041 Jenks Avenue
                                                Panama City, FL 32401
                                                Ph:  (850) 785-4001
                                                Fla. Bar #:  63657