# United States District Court
## CHANGE OF PLEA HEARING

| | | | |
|---|---|---|---|
| Time Commenced | 11:18am | Case No. | 3:23cr77-MCR |
| Time Concluded | 11:41am | Date | January 23, 2024 |

**DOCKET ENTRY: CHANGE OF PLEA HEARING for Defendant SHAUN E MCBAY.** Defendant sworn. Defendant pleads guilty to Counts 1-2 of the Indictment. Sentencing scheduled for **April 23, 2024 at 9:00am.**

**PRESENT**: HONORABLE  Zachary C. Bolitho  U.S. MAGISTRATE JUDGE

| Ryan Love | Zach Link | Donna Boland | Sylvia Williams |
|---|---|---|---|
| Asst U. S. Attorney | Probation Officer | Court Reporter | Deputy Clerk |

**U.S.A.** *vs* **DEFENDANT:**                               **ATTORNEY FOR DEFENDANT**

(1)  SHAUN E MCBAY                                           MARIA DYKES

x  Present    x  Custody    __ Bond    __ O/R        x  Present    x  Appointed    __ Retained

**PROCEEDINGS:**

- ✓ Defendant is RE-ARRAIGNED and specifically advised of his/her rights
- ✓ Defendant states true name is  Shaun Edward McBay
- ✓ Court questions defendant regarding his/her physical and mental condition, and advises defendant of the nature and possible consequences of said plea.
- ✓ Court summarizes charges and required elements of proof.
- ✓ Statement of Facts filed.
- ✓ Written plea agreement filed in open court; supplement plea agreement filed.
- ✓ Defendant advised of minimum and maximum sentence.
- ✓ Defendant PLEADS   ✓ Guilty to Counts  1-2  of the indictment.
- ☐ Adjudication withheld pending sentencing
- ✓ Plea accepted
- ✓ REFERRED to U.S. Probation Office. Sentencing scheduled for **April 23, 2024 at 9:00am.**
- ☐ Defendant to continue on release under the same terms and conditions as previously imposed
- ✓ Consent to Rule 11 executed and filed in open court.
- ☐ Information previously filed. Copy previously given to defendant.

**Filed in Open Court:**  1/23/2024
Initials of Deputy Clerk: sdw