## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

                                                **CASE NO.:   3:23cr77/MCR**

**v.**

**SHAUN E. MCBAY**

_____/

### STATEMENT OF FACTS

The parties agree with the truthfulness of the following factual basis for Defendant's guilty plea.  The undersigned parties further agree that not all of the facts known from this investigation are contained in this brief summary.

On April 9, 2023, an Okaloosa County Sheriff's Office deputy conducted a lawful traffic stop on a vehicle that Defendant was riding in as the front seat passenger.  Following a canine alert on the vehicle, the vehicle was searched. During the search, officers located and seized two bags inside the glove compartment that contained a total of 126.5 grams of a mixture and substance containing methamphetamine (57.6 grams of which was actual methamphetamine). Defendant was detained, and a search of his person revealed a bag hidden inside Defendant's pants that contained 438.9 grams of methamphetamine (118.5 grams of which was actual methamphetamine).  Following his arrest, Defendant agreed to waive his rights and, during questioning, admitted that the methamphetamine

FILED IN OPEN COURT
1/23/24
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

seized belonged to him. The totals for the above-mentioned drugs seized were derived from the analysis of Drug Enforcement Administration lab analysts.

On April 17, 2023, Walton County Sheriff's Office investigators and others attempted to serve an outstanding arrest warrant on Defendant at his residence in Walton County, Florida. While attempting to locate Defendant inside his residence, investigators noticed, in plain view, drug paraphernalia and a firearm inside Defendant's bedroom. A search warrant was obtained authorizing the search of Defendant's residence. During the search, investigators located and seized six (6) seven (7) are firearms, namely, a Sturm, Ruger & Co. Inc. .223 caliber rifle, a Browning 30.06 caliber rifle, a Sig Sauer 9 millimeter pistol, a Taurus .45 LC caliber/.410 gauge revolver, a Springfield Armory .45 caliber pistol, a Smith and Wesson, .44 caliber revolver, a Stevens 20 gauge shotgun. In addition, investigators located and seized 146 rounds of various ammunition and drug paraphernalia, to include digital scales. The firearms were located inside Defendant's bedroom and, more specifically, under his bed, inside a nightstand beside the bed, and inside the closet. The ammunition was located inside Defendant's bedroom closet.

An analysis of the above-mentioned firearms and ammunition revealed that each had been transported in interstate or foreign commerce prior to Defendant possessing them on April 17, 2023.

2

Defendant agrees that he possessed the above-mentioned methamphetamine with the intent to distribute it. At the time of his possession of the firearm and ammunition on April 17, 2023, Defendant knew that he was a convicted felon and had not had his rights restored in order to possess a firearm or ammunition. Defendant agrees he was convicted of each of the prior felony convictions contained in Count Three, paragraphs 1(a) and 1(b) of the Indictment.

**ELEMENTS:**

**Count One:** Defendant can be found guilty of possession with intent to distribute a controlled substance if:

| | |
|---|---|
| *First:* | Defendant knowingly possessed with intent to distribute a controlled substance; |
| *Second:* | Defendant intended to distribute a controlled substance; and |
| *Third:* | The controlled substance possessed with intent to distribute was 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers and 500 grams or more of a mixture and substance containing methamphetamine its salts, isomers, and salts of its isomers. |

**Count Two:** Defendant can be found guilty of possession of a firearm or ammunition by a convicted felon if:

| | |
|---|---|
| *First:* | Defendant knowingly possessed a firearm or ammunition; |
| *Second:* | At the time of the charged act, Defendant had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year; |

3

*Third:*      At the time of the charged act, Defendant knew that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year; and

*Fourth:*      The firearm and ammunition had been transported in interstate or foreign commerce.


JASON R. COODY
United States Attorney


_____
MARIA DYKES
Attorney for Defendant


_____
J. RYAN LOVE
Assistant United States Attorney
Florida Bar No. 0637920
Northern District of Florida
21 E. Garden Street, Suite 400
Pensacola, Florida 32502-5675
850-444-4000
ryan.love@usdoj.gov


1/23/2024
_____
Date


1-23-24
_____
Date


_____
SHAUN E. MCBAY
Defendant


1-23-24
_____
Date


4