**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                        CASE NO.   3:23-cr-00077-MCR

SHAUN E MCBAY

## AMENDED NOTICE OF HEARING

TAKE NOTICE that the proceeding in the case has been reset for the place, date and time set forth below:

**Place:** United States Courthouse
One North Palafox Street
Pensacola, Florida 32502

**Room No:** Courtroom 5

| | | | |
|---|---|---|---|
| **Date:** | May 22, 2024 | **Previous Date:** | April 23, 2024 |
| **Time:** | 10:00 AM CDT | **Previous Time:** | 9:00 AM CDT |

**Time Allotted:** 1 hour reserved

**Proceeding:** Sentencing Hearing before the Honorable M. Casey Rodgers

*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*

JESSICA J. LYUBLANOVITS
CLERK OF COURT

/s/ *Barbara Rogers*

March 4, 2024
DATE:                                                  Deputy Clerk:

Copies to:
Honorable M. Casey Rodgers
Counsel of Record
U.S. Marshal
U.S. Probation

Note:   Should additional time be needed, please notify the court.